IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHASTA CASEY HOWELL,
aka SHASTA CASEY MCCALLUM,

    Plaintiff,

v.

STATE OF WISCONSIN, et al.

    Defendants.

ORDER

Case No.  23-cv-711-wmc

---

Plaintiff Shasta Casey Howell has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

    IT IS ORDERED that:

    1.    Plaintiffs Shasta Casey Howell's petition for leave to proceed without prepayment of fees is GRANTED.

    2.    No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

    Entered this 13th day of October, 2023.

        BY THE COURT:

        /s/
        ANDREW R. WISEMAN
        United States Magistrate Judge